Elite Process Serving, Inc.
16106 Route 59, Suite 200
Plainfield, IL 60586
(630) 299-4600

ATTN:
Law Office of Sharon M. Sulimowicz
118 North Tioga Street, Suite 202
Ithaca, NY 14850

## INVOICE FOR SERVICE

IN RE: Automotive Lift Institute, Inc. v. Automotive Compliance Consultants Inc.
Court Case#: 5:17 CV 192 (MAD/ATB)

**1540 Bull Valley Drive**
**Woodstock, IL, 60098**

| Invoice#: 155798 | Link#: 362097 | Your Ref#: | Date: 03/01/2017 | |
|---|---|---|---|---|
| Item | | Servee | Desc | Amount |
| Service of Process | | Automotive Compliance Consultants Inc. | Summons in a Civil Action and Complaint | $65.00 |

| **TOTAL CHARGES:** | | | **$65.00** |
|---|---|---|---|
| Payment: 03/01/2017 | | Check#: CC | -$65.00 |

| **BALANCE:** | **$0.00** |
|---|---|

ALL INVOICES ARE DUE UPON RECEIPT | FEIN 32-0055712

1

## UNITED STATES COURT
## NORTHERN DISTRICT OF NEW YORK

Automotive Lift Institute, Inc.
    Plaintiff(s),

vs.

Automotive Compliance Consultants Inc.
    Defendant(s),

Case No.:5:17 CV 192 (MAD/ATB)

**AFFIDAVIT OF SERVICE**

I, **Spencer Davis**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Action and Complaint**

Defendant to be served: **Automotive Compliance Consultants Inc.**

Address where served: **1540 Bull Valley Drive, Woodstock, IL 60098**

On **February 24, 2017** at **8:00 AM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Terry Dortch**, (Title) **President**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Brown** - Approx. Age: **40** - Height: **5'8"** - Weight: **170**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _Spencer Davis_
Spencer Davis

State of _Illinois_
County of _McHenry_

Subscribed and Sworn to before me on this
_02nd_ day of _March_, 20_17_

_Georgian E Davis_
Signature of Notary Public

Job: 362097
File:

OFFICIAL SEAL
GEORGIAN E DAVIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/25/19

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-192 (MAD/ATB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Automotive Compliance Consultants In
was received by me on *(date)* 2-23-2017.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Terry Dortch, President , who is
designated by law to accept service of process on behalf of *(name of organization)* Automotive
Compliance Consultants Inc. on *(date)* 2-24-2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3-1-2017

*Server's signature*

Spencer Davis    Process Server
*Printed name and title*

5000 Thistle Lane Lake in the Hills, IL
*Server's address*

Additional information regarding attempted service, etc: